# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

LUIS MAYORGA,

                Plaintiff,

    v.

ANDREW SAUL,
Commissioner of Social Security

                Defendant.

JUDGMENT IN A CIVIL CASE ON ATTORNEY'S FEES

Case Number: 2:19-cv-00054-APG-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That judgment is entered in Favor of Plaintiff Mayorga and against Defendant in the amount of Two Thousand Dollars ($2,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d). This award is without prejudice to the rights of Cyrus Safa and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

3/6/2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ D. Reich-Smith  
Deputy Clerk